# SALLY BUTLER
ATTORNEY AT LAW
42-40 BELL BOULEVARD
SUITE 302
BAYSIDE, NY 11361
(718) 279-4500
FACSIMILE (718) 281-0850

January 22, 2019

The Honorable Margo K. Brodie
United States District Court
225 Cadman Plaza East
Brooklyn, N.Y. 11201

      Re: <u>United States v. Anessa Christian</u>
      Criminal Docket No. 18 CR 279 (MKB)

Dear Judge Brodie:

    I write this letter in anticipation of our January 31, 2019 status conference. It is respectfully requested that Ms. Christian be excused from attending. On January 9, 2019, she gave birth. In order to attend the court appearance, she would be traveling on a bus from Newport News, Virginia where she is currently domiciled. She does not have adequate childcare and would be required to bring the newborn and her one year old with her to court.

    I have discussed this application with the government and they have no objection. We continue to engage in plea negotiations.

                                   Respectfully submitted,

                                   Sally Butler

cc: Drew Rolle, AUSA