# Sally Butler
Attorney at Law
42-40 Bell Boulevard Suite 302
Bayside, NY 11361
(718) 279-4500 Facsimile (718) 281-0850

May 20, 2019

The Honorable Margo K. Brodie
United States District Court
225 Cadman Plaza East
Brooklyn, N.Y. 11201

      Re:   *United States v. Nessa Christian*
              Criminal Docket No. 18 CR 279 (MB)

Dear Judge Brodie:

      I am currently on trial in the matter of *People V. Kearsley* in New York State Supreme Court, County of Queens. With the Court's permission, Mr. Steve Zissou will appear on my behalf at the status conference scheduled for May 22, 2019. Mr. Christopher Wright will appear as well. Ms. Christian is aware of my scheduling conflict and has agreed to Mr. Zissou appearing on her behalf.

      We continue to engage in plea negotiations. It is anticipated that the case will be resolved without a trial.

                                                  Respectfully submitted,

                                                 Sally Butler

cc:  Drew Rolle, AUSA
      Christopher Wright
      Steve Zissou