AO 458 (Rev  06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

|  |  |
|---|---|
| <u>UNITED STATES OF AMERICA</u><br>*Plaintiff*<br>v.<br><u>Anessa Christian</u><br>*Defendant* | )<br>)<br>)<br>)<br>) |

Case No.   CR 18-0279 MKB

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

<u>Anessa Christian    (as CJA mentee under lead counsel Sally Butler)</u>

Date:    <u>05/21/2019</u>

_____
*Attorney's signature*

<u>CHRISTOPHER WRIGHT CW8079</u>
*Printed name and bar number*

Law Office of Christopher Wright
305 Broadway
Suite 1001
<u>New York, NY 10007</u>
*Address*

<u>chris@wrightmarinelli.com</u>
*E-mail address*

<u>(212) 822-1419</u>
*Telephone number*

<u>(917) 591-5008</u>
*FAX number*