

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DGR
F. #2017R02213

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 27, 2019

By ECF

The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. Anessa Christian,*
              Criminal Docket No. 18-279 (MKB)

Dear Judge Brodie:

      The government writes to respectfully request that the Court enter an order excluding time under the Speedy Trial Act for the defendant in the above-captioned matter. Counsel for the defendant consents to this request.

      On October 9, 2019, the Court adjourned the October 15, 2019 status conference in the above-captioned matter to November 8, 2019 at 2:00 p.m.[1] The parties are currently engaged in plea negotiations that may resolve this case short of trial. As a result, the parties respectfully request that the Court enter an order excluding time between October 27, 2019, and November 8, 2019 under the Speedy Trial Act.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:   /s/
     Drew G. Rolle
     Assistant U.S. Attorney
     (718) 254-6783

cc:    Sally Butler, Esq. (Counsel to the defendant) (by ECF)

---

[1] At the August 29, 2019 status conference, the Court excluded time from August 29, 2019 until October 15, 2019.