## SALLY BUTLER
Attorney at Law
42-40 Bell Boulevard Suite 302
Bayside, NY  11361
(718) 279-4500 Facsimile (718) 281-0850

January 21, 2020

The Honorable Margo K. Brodie
United States District Court
225 Cadman Plaza East
Brooklyn, N.Y. 11201

        Re:   *United States v. Anessa Christian*
                Criminal Docket No.  18 CR 279 (MKB)

Dear Judge Brodie:

     I write this letter in anticipation of our January 23, 2020 status conference.  It is respectfully requested that Ms. Christian be excused.  In order to attend the court appearance, she would need to travel by bus with her two infant children from Newport News, Virginia where she is currently domiciled.  I have been in regular contact with Ms. Christian and have discussed all pertinent issues with her.

     I have addressed this application with the government and they have no objection.  We continue to engage in plea negotiations.

                                        Respectfully submitted,

                                        Sally Butler

cc:  Drew Rolle, AUSA
      Christopher Wright