# SALLY BUTLER
ATTORNEY AT LAW
42-40 BELL BOULEVARD SUITE 302
BAYSIDE, NY  11361
(718) 279-4500 FACSIMILE (718) 281-0850

August 18, 2020

The Honorable Margo K. Brodie
United States District Court
225 Cadman Plaza
East Brooklyn, N.Y. 11201

                Re:  United States v. Anessa Christian
                     Criminal Docket No.  18 CR 279 (MKB)

Dear Judge Brodie:

      It is respectfully requested that Ms. Anessa Christian's sentencing be adjourned. Ms. Christian travels by bus from Virginia to attend Court proceedings. Due to the Covid pandemic, it is respectfully requested that we adjourn until travel restrictions are lifted. Ms. Christian remains compliant with her bond conditions. I have discussed the matter with the government and they have no objection. I have discussed the matter with Ms. Christian and she consents.

                                  Respectfully submitted,

                                  /s/
                                Sally Butler
                                Christopher Wright

cc:  Drew G. Rolle